OPINION — AG — ** MENTAL HEALTH — PRISONER — JURISDICTION ** THE LANGUAGE OF 43A O.S. 51 [43A-51] DOES NOT PROHIBIT A DISTRICT COURT OF APPROPRIATE JURISDICTION UNDER 43A O.S. 54.4 [43A-54.4] FROM ORDERING THE ADMISSION OF AN INMATE UNDER PENAL CONFINEMENT TO A STATE MENTAL HEALTH FACILITY FOR TREATMENT. (CRIMINAL CHARGE AGAINST HIM, ADMITTED, TREATMENT, COMMITTED, PETITION THE COURT FOR CONFINEMENT TRANSFER, ADMISSIONS) CITE: 43A O.S. 54.4 [43A-54.4] (MICHAEL AVANT — PYBAS)